U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

GENERAL BINDING CORPORATION,
                                                                    08-CV-03266
                              Plaintiff,
                    v.

STOPOL, INC.,

                              Defendant.

AN APPEARANCE IS HERBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  General Binding Corporation

| NAME (Type or print) |||
|---|---|---|
| Jeffrey Chang |||
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |||
| /s/ Jeffrey Chang |||
| FIRM |||
| Wildman, Harrold, Allen & Dixon LLP |||
| CITY/STATE/ZIP |||
| Chicago, IL  60606 |||
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) || TELEPHONE NUMBER |
| 06292539 || 312-201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |||
| RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐ |||