U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number:

GENERAL BINDING CORPORATION,
                                                           08-CV-03266
                         Plaintiff,
              v.

STOPOL, INC.,

                         Defendant.

AN APPEARANCE IS HERBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   General Binding Corporation

| NAME (Type or print) |  |
|---|---|
| Jonathan W. Young | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Jonathan W. Young | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06204590 | 312-201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES [X]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES [ ]   NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES [X]   NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |

1884454_1.DOC