UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENERAL BINDING CORPORATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-3266 |
| ) | |
| **STOPOL, INC.,** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff General Binding Corporation ("GBC") states that it is a wholly-owned subsidiary of ACCO Brands Corporation, a publicly traded company.

Dated:    June 6, 2008
          Chicago, Illinois

                    Respectfully submitted,

                    **GENERAL BINDING CORPORATION**


                    By:  /s/ Jeffrey Chang
                          One of its Attorneys


Jonathan W. Young (#06204590)
Jeffrey Chang (#06292539)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 416-4524
Email: young@wildman.com
       jchang@wildman.com