# EXHIBIT E

Outstanding Balance Itemization and Reconciliation

Stopol, Inc.
Schedule of payments, principal and interest due

| | Days | Total payment | Principal balance before payment | Principal payment | Principal balance after payment | 9.0% Interest expense | Accrued interest before payment | Interest payment | Accrued interest after payment | Ending total amount due |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2007 | | - | | | 965,497.00 | | | | | 965,497.00 |
| 12/20/2007 | | (225,000.00) | 965,497.00 | (225,000.00) | 740,497.00 | | | | | 740,497.00 |
| 3/7/2008 | | (225,000.00) | 740,497.00 | (225,000.00) | 515,497.00 | | | | | 515,497.00 |
| 3/26/2008 | | - | 515,497.00 | - | 515,497.00 | | | | | 515,497.00 |
| 4/29/2008 | 34 | (100,000.00) | 515,497.00 | (95,678.30) | 419,818.70 | 4,321.70 | 4,321.70 | (4,321.70) | - | 419,818.70 |
| 5/26/2008 | 27 | - | 419,818.70 | - | 419,818.70 | 2,794.96 | 2,794.96 | - | 2,794.96 | 422,613.66 |
| 5/27/2008 | 1 | - | 419,818.70 | - | 419,818.70 | 103.52 | 2,898.47 | - | 2,898.47 | 422,717.18 |