UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GENERAL BINDING CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-3266 |
| | ) | |
| **STOPOL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

TO:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on July 8, 2008, counsel for Plaintiff General Binding Corporation filed the following document in the United States District Court for the Northern District of Illinois using the on-line ECF/Pacer system: **Waiver of Service of Summons.**

Respectfully submitted,

**GENERAL BINDING CORPORATION**


By: _/s/ Jeffrey Chang_____
      One of its Attorneys



Jonathan W. Young (#06204590)
Jeffrey Chang (#06292539)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 416-4524
Email: young@wildman.com
       jchang@wildman.com

**Certificate of Service**

    I, the undersigned attorney, hereby certify that on July 8, 2008 I caused the foregoing **Waiver of Service of Summons** and **Notice of Filing** to be served upon the following party by First Class Mail:

        John C. Goheen
        Ulmer & Berne LLP
        1660 West 2nd Street
        Suite 1100
        Cleveland, OH 44113-1448

                            /s/ Jeffrey Chang
                            Jeffrey Chang