UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

General Binding Corporation
                              Plaintiff,
v.                                           Case No.: 1:08−cv−03266
                                             Honorable Samuel Der−Yeghiayan
Stopol, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: The Court's docket reflects Defendant's responsive pleading is due 09/02/08. Initial status hearing reset to 09/09/08 at 9:00 a.m. Status hearing set for 08/12/08 is stricken. As previously ordered, Initial Joint Reports shall be filed 4 days prior to the initial status hearing. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.