# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3266 | **DATE** | 9/4/2008 |
| **CASE TITLE** | General Binding vs. Stopol | | |

**DOCKET ENTRY TEXT**

Joseph Simms' motion for leave to appear pro hac vice for Defendant Stopol, Inc [14] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|