# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

General Binding Corporation

                          Plaintiff,

v.                                    Case No.: 1:08−cv−03266

                                      Honorable Samuel Der−Yeghiayan

Stopol, Inc.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

     MINUTE entry before the Honorable Samuel Der−Yeghiayan: The parties having advised the Court that they have agreed to consent to proceed before the designated Magistrate Judge, status hearing set for 09/09/08 is hereby stricken. The parties are directed to provide this Court's Courtroom Deputy with the appropriate consent form no later than 09/12/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.